**Melvin THIESSEN, Jr., Plaintiff–Appellant,**

**v.**

**FORD MOTOR COMPANY, United Automobile Workers of America, Local 882, International Union, United Automobile Workers of America, Defendants–Appellees,**

**International Union, Defendant.**

**No. 04–15208.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 3, 2005.

Lorna Sills Katica, Katica & Associates, LLC, Atlanta, GA, for Plaintiff–Appellant.

Sarah T. Holloway, Lisa Combs Jern, Sutherland, Asbill & Brennan, Atlanta, GA, Lesley A. Troope, Nakamura, Quinn & Walls, Decatur, GA, for Defendants–Appellees.

Before: TJOFLAT and KRAVITCH, Circuit Judges, and LAWSON,* District Judge.

PER CURIAM:

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

---

\* Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.

1.   11th Cir. R. 36–1 provides:
   When the court determines that any of the following circumstances exist:
   (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
   (b) the evidence in support of a jury verdict is sufficient;
   (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
   (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
   (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.